1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8 **UNITED STATES OF AMERICA,** | **Case No.: 23-cr-00267 YGR** |
| 9       **PLAINTIFF,** | |
| 10       vs. | **ORDER OF SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| 11 **TIMOTHY ALLEN MANLY WILLIAMS,** | |
| 12       **DEFENDANT.** | |

| | |
|---|---|
| 13 **UNITED STATES OF AMERICA,** | **Case No.: 23-cr-00269 AMO** |
| 14       **PLAINTIFF,** | |
| 15       vs. | |
| 16 **MORTEZA AMIRI,** | |
| 17       **DEFENDANT.** | |

| | |
|---|---|
| 18 **UNITED STATES OF AMERICA,** | **Case No.: 23-cr-00264 JSW** |
| 19       **PLAINTIFF,** | |
| 20       vs. | |
| 21 **PATRICK JAMES BERHAN ET AL.,** | |
| 22       **DEFENDANTS.** | |

| | |
|---|---|
| 23 **UNITED STATES OF AMERICA,** | **Case No.: 23-cr-00268 HSG** |
| 24       **PLAINTIFF,** | |
| 25       vs. | |
| 26 **DANIEL JAMES HARRIS ET AL.,** | |
| 27       **DEFENDANTS.** | |

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1    In Docket No. 11, the government requests that this Court consider relating *United States v.*
2 *Amiri*, case no. 23-cr-00269-AMO to *United States v. Williams*, case no. 23-cr-00267-YGR.
3 However, the request also suggested that all of the cases captioned above should be related.
4 Accordingly, pursuant to Criminal Local Rule 8-1, this Court hereby refers *sua sponte* to the
5 Honorable Jeffrey White to consider whether the captioned cases should be related to the lowest case
6 number, *United States v. Berhan*, case no. 23-cr-00264-JSW.
7    For the parties' convenience, a copy of the Notice of Related Case is attached hereto.
8    The clerk of the court shall file this order in each of the dockets referenced.
9    **IT IS SO ORDERED.**
10 Dated: August 30, 2023

11                                      YVONNE GONZALEZ ROGERS
12                                      UNITED STATES DISTRICT COURT JUDGE