UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK JAMES BERHAN, et al.,<br><br>Defendants. | Case No. 23-cr-00264-JSW-1-6<br>Re: Dkt. No. 67 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JAMES HARRIS, et al.,<br><br>Defendants. | Case No. 23-cr-00268-JSW-1-2<br>Re: Dkt. No. 29 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI, et al.,<br><br>Defendants. | Case No. 23-cr-00269-JSW-1-3<br>Re: Dkt. No. 43<br><br>**ORDER APPROVING STIPULATION FOR CONTINUANCE OF STATUS HEARING** |

Having considered the joint status reports submitted in each of the above-entitled cases, the Court APPROVES the parties' stipulation to continue the status hearings currently set for September 19, 2023 at 1:00 p.m. to October 17, 2023 at 1:00 p.m., and ORDERS that time be excluded under the Speedy Trial Act until October 17, 2023 for effective preparation and continuity of defense counsel.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The parties shall file updated joint status reports by October 10, 2023.

1    The hearing shall be in person, and should any defendant intend to waive his or her
2    appearance, he or she shall submit a written waiver by October 10, 2023.

3    **IT IS SO ORDERED.**

4    Dated: September 13, 2023

5    _____
     JEFFREY S. WHITE
6    United States District Judge