1  CANDICE L. FIELDS, SBN 172174
   CANDICE FIELDS LAW, PC
2  400 Capitol Mall, Suite 1620
   Sacramento, CA 95814
3  Phone:  (916) 414-8050
   Email:  cfields@candicefieldslaw.com
4

5  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
6  5701 Lonetree Blvd., Suite 312
   Rocklin, CA 95765
7  Phone:  (916) 447-8600
   Email:  david.fischer@fischerlawoffice.com
8

9  Attorneys for Defendant
   DEVON WENGER
10

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: 4:23-CR-00268 JSW |
|---|---|
| PLAINTIFF, | |
| v. | **STIPULATION FOR ORDER CONTINUING DEADLINE FOR POSTING OF BOND; [PROPOSED] ORDER** |
| DEVON WENGER, | |
| DEFENDANT. | |

It is stipulated between the United States Attorney's Office for the Northern District of California, by and through Assistant United States Attorney Alethea Sargent, and defendant Devon Wenger, by and through his attorney Candice L. Fields, that:

1. On August 29, 2023, the defendant was arraigned on an Indictment filed in this District on August 16, 2023. ECF No. 10. The Court issued an Order Setting Conditions of Release and a Secured Bond was Entered as to the defendant in the amount of $100,000 secured by equity in the defendant's parent's residence to be posted by September 19, 2023. ECF No. 12.

2. By stipulation and order, the deadline was continued to September 26, 2023. ECF No. 34. By this stipulation, the defendant now moves to continue the deadline to post bond paperwork until October 6, 2023.

3. The parties agree and stipulate, and request that the Court find, the following:

    a) Counsel for the defendant has endeavored to obtain a copy of the recorded deed for the subject residence that would be forwarded to the Clerk of Court on or before to September 26, 2023. Despite best efforts, the process is taking longer than anticipated.

    b) The defendant desires additional time to submit the bond paperwork to the Clerk of Court, and to make any necessary corrections prior to the submission deadline. Counsel for the government does not object to this request.

    c) Based upon the above-stated facts, the parties stipulate that the requested continuance will not cause any delay to the progress of this matter, as the status hearing scheduled in this matter for October 17, 2023, need not be disturbed.

The undersigned counsel for defendant certifies that she has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: September 25, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/ Alethea Sargent
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys

Dated: September 25, 2023

/s/ Candice L. Fields
CANDICE L. FIELDS
Counsel for Defendant
DEVON CHRISTOPHER WENGER

**[PROPOSED] ORDER**

Based upon the facts sets forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, IT IS HEREBY ORDERED that the deadline for defendant Wenger to post bond is continued to October 6, 2023.

Dated: _____

_____
HON. DONNA M. RYU
United States Magistrate Judge