

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    eric.cheng@usdoj.gov
    ajay.krishnamurthy@usdoj.gov
    alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-00268 JSW |
| Plaintiff, | **JOINT STATUS REPORT AND STIPULATION TO CONTINUE HEARING** |
| v. | |
| DANIEL JAMES HARRIS, and DEVON CHRISTOPHER WENGER, | |
| Defendants. | |

This matter is set for a status conference hearing on October 17, 2023, and the Court has ordered the parties to submit a joint status report by October 10, 2023. Dkt. 31. The parties hereby respectfully submit this joint status report and request to continue the hearing.

On August 16, 2023, a federal grand jury returned an indictment charging Defendant HARRIS with violations of 18 U.S.C. §§ 846, 841(a)(1) and (b)(1)(E)(i), conspiracy to distribute and possess with intent to distribute anabolic steroids, 18 U.S.C. §§ 846, 841(a)(1) and (b)(1)(E)(i), attempted possession with intent to distribute anabolic steroids, and 18 U.S.C. §§ 841(a)(1) and (b)(1)(E)(i), possession with

1  intent to distribute anabolic steroids and Defendant WENGER with violations of 18 U.S.C. §§ 846,
2  841(a)(1) and (b)(1)(E)(i), conspiracy to distribute and possess with intent to distribute anabolic steroids,
3  and 18 U.S.C. § 1519, destruction, alteration, and falsification of records in federal investigations.

4        Defendants HARRIS and WENGER are represented in these proceedings by their respective
5  undersigned counsel.

6        On August 31, 2023, the Court entered a Protective Order as to Defendant HARRIS, and
7  September 5, 2023, the Court entered a Protective Order as to Defendant WENGER.  In September, the
8  United States produced a first tranche of discovery for both defendants.  The first tranche of discovery
9  included approximately 5,800 pages for Defendant WENGER (including discovery in a co-pending
10 case) and approximately 1,400 pages for Defendant HARRIS.  More discovery remains to be produced,
11 including evidence from digital devices, and the government will continue to do so on a rolling basis.
12 Defense counsel has been reviewing the first tranche of discovery, and will need time to organize,
13 review, and investigate further discovery before requesting a motions or trial date.

14       Given the government's continuing efforts to produce complete discovery and defense counsel's
15 need to review it, the parties stipulate and agree, with permission of the Court, to set a new status
16 conference hearing in this case on November 28, 2023, at 1:00 PM or at another date and time
17 convenient to the Court and the parties.  The parties stipulate and agree that the time periods between
18 October 17, 2023, and the proposed new status date should be excluded under the Speedy Trial Act
19 calculations.  The parties also stipulate and agree that failure to grant the requested continuance would
20 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into
21 account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties are hopeful that they
22 will be able to provide the Court with a sense of the timing of the case at that time.

23 //
24 //
25 //
26 //
27 //
28 //

JOINT STATUS REPORT      2
4:23-cr-00268 JSW

DATED: October 9, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_/s/_
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys

_/s/_
JAMES PHILLIP VAUGHNS
Counsel for Defendant DANIEL JAMES HARRIS

_/s/_
CANDICE FIELDS
DAVID FISCHER
Counsel for Defendant DEVON CHRISTOPHER WENGER

## [PROPOSED] ORDER

Having considered the joint status report submitted in the above-entitled case, the Court APPROVES the parties' stipulation to continue the status hearing currently set for October 17, 2023, at 1:00 p.m. to November 28, 2023, at 1:00 p.m., and ORDERS that time be excluded under the Speedy Trial Act until November 28, 2023, for effective preparation of counsel.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The parties shall file an updated joint status report by November 21, 2023.

**IT IS SO ORDERED.**

DATED:

HON. JEFFREY S. WHITE
United States District Judge