ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   eric.cheng@usdoj.gov
   ajay.krishnamurthy@usdoj.gov
   alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-00268 JSW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| DANIEL JAMES HARRIS, and DEVON CHRISTOPHER WENGER, | |
| Defendants. | |

This matter is set for a status conference hearing on November 28, 2023, and the Court has ordered the parties to submit a joint status report by November 21, 2023. Dkt. 39. The parties hereby respectfully submit this joint status report.

On August 16, 2023, a federal grand jury returned an indictment charging Defendant HARRIS with violations of 18 U.S.C. §§ 846, 841(a)(1) and (b)(1)(E)(i), conspiracy to distribute and possess with intent to distribute anabolic steroids, 18 U.S.C. §§ 846, 841(a)(1) and (b)(1)(E)(i), attempted possession with intent to distribute anabolic steroids, and 18 U.S.C. §§ 841(a)(1) and (b)(1)(E)(i), possession with

intent to distribute anabolic steroids and Defendant WENGER with violations of 18 U.S.C. §§ 846, 841(a)(1) and (b)(1)(E)(i), conspiracy to distribute and possess with intent to distribute anabolic steroids, and 18 U.S.C. § 1519, destruction, alteration, and falsification of records in federal investigations.

In September, the United States produced a first tranche of discovery, which was described in the parties' prior joint status report, for both defendants. In November, the United States produced its second tranche of discovery to both defendants. That discovery comprises 65.2 GB in data, specifically the seized (pertinent) data from all mobile devices searched in the federal investigation.

More discovery remains to be produced, and the government will continue to do so on a rolling basis. The government is optimistic that by the end of December discovery will be substantially complete.

DATED: November 20, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_/s/_
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys

_/s/_
JAMES PHILLIP VAUGHNS
Counsel for Defendant DANIEL JAMES HARRIS

_/s/_
CANDICE FIELDS
DAVID FISCHER
Counsel for Defendant DEVON CHRISTOPHER WENGER