1

2

3

4                              UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,              Case Nos.  23-cr-00269-JSW

                    Plaintiff,                         23-cr-00268-JSW-2
8

9           v.
                                            **SUPERSEDING TRIAL SCHEDULING
10   MORTEZA AMIRI, ERIC ALLEN              ORDER; ORDER EXCLUDING TIME;
     ROMBOUGH, AND DEVON                    ORDER TO SHOW CAUSE WHY
11   CHRISTOPHER WENGER,                    DATES NOT ACCEPTABLE**

12                  Defendants.

13

14

15          In light of the record in these cases, the Court has determined that continuances of the trial

     dates are necessary.  The Court HEREBY RESETS the trials and pretrial deadlines, as follows:

16

17

| Case Number | Pretrial Conference | Jury Selection | First Day of Trial |
|---|---|---|---|
| 23-cr-269 | February 10, 2025, at 2:00 p.m. | February 26, 2025, at 8:00 a.m. | March 3, 2025, at 8:00 a.m. |
| 23-cr-268 | March 31, 2025, at 2:00 p.m. | April 23, 2025, at 8:00 a.m. | April 28, 2025, at 8:00 a.m. |

18

19

20

21

22          The Court further finds that the ends of justice served by the continuance outweigh the best

23   interest of the public and the Defendants in a speedy trial, and it EXCLUDES time under the

24   Speedy Trial Act until the respective trial dates.  *See* 18 U.S.C. § 3161(h)(7)(A).

25          The Court further ORDERS the parties to SHOW CAUSE why the superseding trial

26   schedules and exclusions of time are unacceptable.  The Court will adjust the schedule further only

27   upon a showing of good cause.  If the parties do not object to this Order, they shall so state in

28   writing.

United States District Court
Northern District of California

Responses to this Order to Show Cause are due no later than **December 9, 2024, at 4:00 p.m**.

**IT IS SO ORDERED.**

Dated: December 3, 2024

JEFFREY S. WHITE
United States District Judge