Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street, PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
DEVON WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON WENGER<br><br>Defendant. | Nos.  4:23-cr-00268-JSW<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE*  No. 2 RE: JURY NULLIFICATION**<br><br>Date:  March 24, 2025<br>Time: 2:00 p.m.<br>Hon. Jeffrey S. White |

Defendant DEVON WENGER, by and through his attorney of record, hereby submits the following response to the government's *Motion in limine* No. 2 to exclude jury nullification.

**JURY NULLIFICATION**

Counsel for Mr. Wenger is well aware of the rules of evidence and will endeavor to follow them. It is not counsel's intention to argue jury nullification. Counsel has no desire to relitigate the suppression motion in the context of trial. Nevertheless, counsel does anticipate addressing the issue of punishment as it pertains to the testimony of Daniel Harris who is expecting substantially reduced punishment in exchange for his testimony. Counsel may also attack the government's handling of Mr.

-1-
RESPONSE TO USA MIL 2

1  Wenger's telephone and other electronic data as it pertains to the integrity and validity of that data. (See
2  Defendant's Motions *in Limine*).

4  DATED: March 9, 2025                    Respectfully Submitted,

                                            /s/
                                            DENA M. YOUNG

                                            Counsel for Defendant
                                            DEVON WENGER

-2-
RESPONSE TO USA MIL 2