Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street, PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
DEVON WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON WENGER<br><br>Defendant. | Nos. 4:23-cr-00268-JSW<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE* No. 3 RE:Business/Public Records and Summaries**<br><br>Date: March 24, 2025<br>Time: 2:00 p.m.<br>Hon. Jeffrey S. White |

Defendant DEVON WENGER, by and through his attorney of record, hereby submits the following response to the government's *Motion in limine* No. 3 to admit business / public records and summaries.

Counsel for Mr. Wenger agrees that additional authentication is unnecessary for PayPal (Venmo) Records. However, counsel reserves the right to raise other appropriate objections to these materials, as well as to summaries which counsel has not yet seen.

DATED: March 9, 2025                              Respectfully Submitted,

                                                            /s/
                                                  DENA M. YOUNG
                                                  Counsel for Defendant
                                                  DEVON WENGER

-1-

RESPONSE TO USA MIL 3