UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00268-JSW-2<br><br>**ORDER TO SHOW CAUSE TO ATTORNEY DENA M. YOUNG** |

On December 9, 2024, counsel for Mr. Wenger submitted a statement that she does not have any objections to the trial date in this case. (Dkt. No. 134.) The Court set the pretrial conference on January 15, 2025. (Dkt. No. 143.) Counsel for Mr. Wenger did not object to the pretrial conference date or request any extensions of time to file the documents required by this Court's standing orders.

The Court learned for the first time that Counsel for Mr. Wenger would be unable to meet the deadlines due to her full schedule on March 10, 2025, the date pretrial filings were due. Counsel apparently did not timely exchange Mr. Wenger's motion *in limine* to exclude "bad acts" evidence, (Dkt. No. 150), did not provide an exhibit list to the Government, (Dkt. No. 156), did not file anticipated objections to the Government's exhibit list, (*id.*), and did not submit proposed voir dire questions, (Dkt. No. 157). Counsel did not request leave for an extension of time.

//
//
//
//
//

1   The Court ORDERS Counsel for Mr. Wenger to SHOW CAUSE, in writing, why the
2   Court should consider the delayed motion *in limine* and Mr. Wenger's anticipated additional
3   filings. Counsel shall file her response by March 17, 2025.

4   **IT IS SO ORDERED.**

5   Dated: March 10, 2025

_____
JEFFREY S. WHITE
United States District Judge