1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys
6
           1301 Clay Street, Suite 340S
7          Oakland, California 94612
           Telephone: (510) 637-3680
8          FAX: (510) 637-3724
           Eric.Cheng@usdoj.gov
9          Ajay.Krishnamurthy@usdoj.gov
           Alethea.Sargent@usdoj.gov
10
   Attorneys for United States of America
11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                                OAKLAND DIVISION

15  UNITED STATES OF AMERICA,           ) Case No. 23-CR-00268 JSW
                                        )
16         Plaintiff,                   ) **JOINT STATEMENT REGARDING JURY**
                                        ) **QUESTIONNAIRES**
17      v.                              )
                                        )
18  (2) DEVON CHRISTOPHER WENGER,       )
                                        )
19         Defendant.                   )
                                        )
20                                      )

21
           Pursuant to the Court's Order re: Jury Questionnaire (Dkt. No. 159), the parties submit the
22
   following proposed case-specific questions to be added to the jury questionnaire:
23
    1. Do you have any strong positive or negative feelings about local law enforcement (*i.e.*, the
24
       police)?
25
    2. Do you have any strong positive or negative feelings about federal law enforcement (*e.g.*, the
26
       Federal Bureau of Investigation, or FBI)?
27
    3. Have you, or has anyone close to you, ever been accused, arrested, charged, or convicted of a
28
   JOINT STATEMENT REGARDING JURY QUESTIONNAIRES,
   23-CR-00268 JSW                              1

criminal offense (other than a minor traffic violation)?

4. Have you, any member of your immediate family, or any close friend ever had any contact with any law enforcement officer more significant than a routine traffic stop? If yes, what do you think of the professionalism and fairness of the law enforcement officer?

5. Have you ever had any kind of experience with a government agency—federal, state, or local—during which you believe the government treated you fairly or unfairly?

6. Have you, or has your spouse, a close relative, or close friend ever worked in a law enforcement job, such as police, sheriff, state trooper, prison guard, or received training as a law enforcement officer? If so, please identify your relationship with the individual and the agency they work (or worked) for.

7. Are you, your spouse, a close relative, or close friend employed or otherwise involved in the physical fitness industry?

8. Are you familiar with encrypted messaging apps such as Signal, Snapchat, Wickr, etc.? If so, do you use one of them? Why or why not?

9. Do you have any strong positive or negative feelings about anabolic steroids?

DATED: March 17, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

_____/s/_____
ERIC CHENG
ALETHEA SARGENT
AJAY KRISHNAMURTHY
Assistant United States Attorneys

DATED: March 17, 2025

Respectfully submitted,

_____/s/_____
DENA YOUNG
Attorney for Defendant DEVON WENGER

JOINT STATEMENT REGARDING JURY QUESTIONNAIRES,
23-CR-00268 JSW                                              2