UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00268-JSW-2<br><br>**ORDER DISCHARGING OSC WITHOUT FURTHER ACTION**<br><br>Re: Dkt. Nos. 160, 163 |

The Court has considered the response of Attorney Dena M. Young to its Order to Show Cause why the Court should consider late filings, and it HEREBY DISCHARGES the Order to Show Cause without further action. The Court will consider the late-filed motion *in limine* and objections to the Government's exhibit lists due to Attorney Young's unexpected family and health emergencies.

The Court warns the parties that it will not consider similar late filings moving forward unless the late-filing party submits a request for leave prior to the date the filings are due.

**IT IS SO ORDERED.**

Dated: March 18, 2025

_____
JEFFREY S. WHITE
United States District Judge