1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        Eric.Cheng@usdoj.gov
9       Ajay.Krishnamurthy@usdoj.gov
        Alethea.Sargent@usdoj.gov
10
   Attorneys for United States of America
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                  OAKLAND DIVISION

15 | UNITED STATES OF AMERICA,              ) Case No. 23-CR-00268 JSW
                                            )
16 |        Plaintiff,                      ) **UNITED STATES' STATEMENT REGARDING**
                                            ) **JURY SLIDESHOW**
17 |     v.                                 )
                                            )
18 | (2) DEVON CHRISTOPHER WENGER,          )
                                            )
19 |        Defendant.                      )
                                            )
20 |_____     )

21
         In response to the Court's order (Dkt. 165) the United States hereby states that it has no
22
   objections to the Court's proposed jury slideshow, but respectfully requests that FBI Special Agent Julie
23
   Delgado be added to the list of prospective witnesses.
24
         FBI SA Delgado was not included in the Joint Pretrial Conference Statement filed on March 10,
25
   2025, Dkt. 156, but the government disclosed her name to defendant Wenger as a potential witness
26
   within ten days on March 20, 2025. SA Delgado was one of two FBI agents present at an initial manual
27
   review of Wenger's phone following the execution of a search warrant in March 2022, as described in
28

discovery provided to defendant Wenger in January 2024. SA Delgado remains assigned to the San Francisco Division of the FBI. The other FBI agent (Alexandra Cabrera), who is listed as a potential witness in the Joint Pretrial Conference Statement, has relocated to Washington, D.C.

DATED: March 26, 2025                               Respectfully submitted,

                                                    PATRICK D. ROBBINS
                                                    Acting United States Attorney


                                                    _____/s/_____
                                                    ERIC CHENG
                                                    ALETHEA SARGENT
                                                    AJAY KRISHNAMURTHY
                                                    Assistant United States Attorneys