DENA MARIE YOUNG
State Bar No. 215344
LAW OFFICES OF DENA MARIE YOUNG
2751 4th Street PMB #136
Santa Rosa, CA 95405
Telephone (707) 528-9479
Email: dmyounglaw@gmail.com

Attorneys for Defendant
DEVON CHRISTOPHER WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>    Defendant. | No. 4:23-cr-00268-JSW<br><br>**RESPONSE TO ORDERS (ECF 165, 166, 167, 171)** |

    Defendant DEVON WENGER, by and through his attorney of record, Dena Marie Young, hereby submits the following responses to this Court's Orders listed above:

    On March 19, 2025, this Court noticed its intent to present a slideshow. (ECF 165). Mr. Wenger has no objection to the proposed slideshow, nor to the government's proposed addition of SA Julie Delgado. (ECF 173).

    On March 19, 2025, this Court noticed its intended voir dire. (ECF 166). Mr. Wenger has no objection to the intended voir dire. In light of recent news stories on the federal government's use (or

misuse) of SIGNAL messages, Mr. Wenger requests that this Court ask the following additional questions:

      Do you have any knowledge about SIGNAL messages?

          a) If so, have you formed any opinion about the use of that service?

          b) Does your opinion affect your ability to be fair and impartial in this case?

On March 19, 2025, this Court noticed its intended preliminary jury instructions. (ECF 167). Mr. Wenger has no objection to the proposed preliminary instructions.

On March 21, 2025, this Court noticed its intended general jury instructions. (ECF 171). Mr. Wenger has no objection to the intended general jury instructions.

Dated: March 26, 2025         Respectfully Submitted,

          /s/ Dena Marie Young
         DENA MARIE YOUNG

         Attorney for Defendant
         DEVON CHRISTOPHER WENGER

RESPONSE TO ORDERS (ECF 165, 166, 167, 171)