PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

     1301 Clay Street, Suite 340S
     Oakland, California 94612
     Telephone: (510) 637-3680
     FAX: (510) 637-3724
     Eric.Cheng@usdoj.gov
     Ajay.Krishnamurthy@usdoj.gov
     Alethea.Sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00268 JSW |
| Plaintiff, | **STIPULATION OF FACTS** |
| v. | |
| (2) DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant Devon Christopher Wenger, by his undersigned counsel, that the following facts are true:

Exhibits 30 through 37

1.    In March 2022, law enforcement agents seized Exhibit 30 (a gray Apple iPhone 12 Pro Max cellular phone) from Daniel Harris in Weatherford, Texas with a federal search warrant.  The phone, bearing IMEI number 356712116070384 and Unique Device ID 00008101-000970120AE0001E, was self-identified as "Dans iPhone" and was associated with the phone number ending -9366 and the email account "daniel.harris05@yahoo.com" among others.

2.    Exhibit 30 was transferred to the North Texas Regional Computer Forensics Laboratory in Dallas, Texas, where it was accurately imaged, extracted, and copied by an FBI digital forensic examiner using industry-standard tools.  These tools are designed to acquire information from cellular devices without changing or deleting any information, and are routinely used to extract and process data from such cellular devices.

3.    Exhibits 31, 32, 33, 34, 35, 36, and 37 are authentic, true and accurate copies of materials originally present on Exhibit 30, and extracted from Exhibit 30 by the digital forensic examiner.

Exhibits 40 and 41

4.    In February 2022, law enforcement agents served Apple Inc. ("Apple") with a federal search warrant authorizing a search of Daniel Harris' Apple iCloud account (associated with phone number ending -9366 and "daniel.harris05@yahoo.com").  In response to the warrant, Apple gathered records of Apple device backups and Apple iCloud information transmitted to Apple and stored within the iCloud on behalf of this account, utilizing a process that ensures the integrity of the information produced.

5.    The FBI's Secure Technologies Exploitation Unit (STXU) of the Operational Technology Division located in Quantico, Virginia retrieved the device backups and Apple iCloud information associated with this account from Apple using a secure, automated system.  The STXU also authenticated and validated the information received from Apple through a process of digital

1    identification.

2        6.       Exhibits 40 and 41 are authentic, true and accurate copies of materials originally present

3    in the information stored by Apple on behalf of Daniel Harris' Apple iCloud account (associated with

4    phone number ending -9366 and "daniel.harris05@yahoo.com").

5

6    DATED:  April 8, 2025                    Respectfully submitted,

7                                             PATRICK D. ROBBINS
                                             Acting United States Attorney
8

9                                                   /s/
10   _____
                                             ERIC CHENG
11                                            ALETHEA SARGENT
                                             AJAY KRISHNAMURTHY
12                                            Assistant United States Attorneys

13

14   DATED:  April 8, 2025                    Respectfully submitted,

15                                                  /s/
16   _____
                                             DENA YOUNG
17                                            Attorney for Defendant DEVON CHRISTOPHER
                                             WENGER
18

19

20

21

22

23

24

25

26

27

28