```
 1 │ PATRICK D. ROBBINS (CABN 152288)
   │ Acting United States Attorney
 2 │
   │ MARTHA BOERSCH (CABN 126569)
 3 │ Chief, Criminal Division
   │
 4 │ ERIC CHENG (CABN 274118)
   │ AJAY KRISHNAMURTHY (CABN 305533)
 5 │ ALETHEA M. SARGENT (CABN 288222)
   │ Assistant United States Attorneys
 6 │
   │    1301 Clay Street, Suite 340S
 7 │    Oakland, California 94612
   │    Telephone: (510) 637-3680
 8 │    FAX: (510) 637-3724
   │    Eric.Cheng@usdoj.gov
 9 │    Ajay.Krishnamurthy@usdoj.gov
   │    Alethea.Sargent@usdoj.gov
10 │
   │ Attorneys for United States of America
11 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 23-cr-268 JSW-2 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **Declaration of Ajay Krishnamurthy In Support Of USA Memorandum in Opposition of Defendant's Motion for Reconsideration** |
| v. | ) | |
| DEVON CHRISTOPHER WENGER, | ) | |
| Defendant. | ) | |

I, Ajay Krishnamurthy, declare as follows:

1. I am an Assistant United States Attorney assigned to prosecute the above-captioned criminal matter.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a letter memorializing that the United States made documents bearing Bates numbers WIT268-000001 – WIT268-000090 available for inspection on April 9, 2025.

3. Attached hereto as Exhibit 2 is a true and accurate copy of document bearing Bates numbers US2-000599–US2-000610. This document was produced to defendant Wenger on January 2,

2024.

4. Attached hereto as Exhibit 3 is a true and accurate copy of a document bearing Bates number WIT268-000001 – WIT268-000004. This document was made available for inspection to defendant Wenger on April 9, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge. Executed this 24th day of April, 2025 in Oakland, California.

                                        */s/ Ajay Krishnamurthy*
                                        AJAY KRISHNAMURTHY
                                        Assistant United States Attorney