| Exhibit | Beginning Bates | Ending Bates | Description | Date (A)=Admitted // (S)=Stipulated |
|---|---|---|---|---|
| 001 | | | 1B6 (oxymetholone) (Physical) | 4/28/25 (A) |
| 003 | | | 1B7 (Twelve glass vials of Trueshot Pharmaceuticals Testosterone Enanthate) (Physical) | 4/28/25 (A) |
| 005 | | | 1B8 (Three glass vials of Trueshot Pharmaceuticals Testosterone Propionate) (Physical) | 4/28/25 (A) |
| 007 | | | 1B9 (Six glass vials of Trueshot Pharmaceuticals Trenbolone Acetate) (Physical) | 4/28/25 (A) |
| 009 | | | 1B78 (Six vials labelled "DECA") (Physical) | 4/28/25 (A) |
| 011 | | | 1B79 (Five vials labeled "TREN E") (Physical) | 4/28/25 (A) |
| 013 | | | 1B84 (Two vials labeled "Sustanon 250") (Physical) | 4/28/25 (A) |
| 015 | DJH-000077 | DJH-000096 | Photos of USPS Package and Contents | 4/28/25 (A) |
| 016 | | | 1B10 - USPS Package (Physical) | 4/28/25 (A) |
| 020 | DJH-001072 | DJH-001072 | Photo of Harris Discovery Bay Residence | 4/28/25 (A) |
| 021 | DJH-001145 | DJH-001145 | Photo of drawer of steroids | 4/28/25 (A) |
| 024 | DJH-001149 | DJH-001149 | Photo of drawer of steroids | 4/28/25 (A) |
| 032 | US-SC-004637 | US-SC-004662 | Excerpt of Harris iPhone 12- Manfre Conversation | 4/28/25 (A) |
| 033 | US-SC-004663 | US-SC-004671 | Excerpt of Harris iPhone 12- Wenger Conversation | 4/28/25 (A) |
| 036 | US-SC-000159 | US-SC-000191 | Harris - Built4Fitness Email Conversation | 4/28/25 (A) |
| 037 | US-SC-000296 | US-SC-000296 | Harris Bodybuilding Photo - 06D8B3F1-773F-4D32-B2C6-B37A49D54815.JPG | 4/28/25 (A) |
| 040 | US-SC-004542 | US-SC-004543 | Excerpt of Harris iCloud - Mahoney Conversation | 4/28/25 (A) |
| 041 | US-SC-004544 | US-SC-004560 | Excerpt of Harris iCloud - Wenger Conversation | 4/28/25 (A) |
| 054 | US-SC-004672 | US-SC-004679 | Printed Harris Venmo Records | 4/28/25 (A) |
| 055 | US-SC-004680 | US-SC-004687 | Printed Wenger Venmo Records | 4/28/25 (A) |
| 060 | | | Wenger iPhone (physical) | 4/29/25 (A) |
| 061 | US-SC-000551 | US-SC-000568 | Wenger - Harris Instant Messages (Cellebrite) | 4/29/25 (A) |
| 062 | US-SC-000522 | US-SC-000534 | Wenger - Harris Chat (Cellebrite) | 4/29/25 (A) |
| 063 | US-SC-000569 | US-SC-000663 | Wenger - Mahoney Conversation (Cellebrite) | 4/29/25 (A) |
| 064 | US-SC-000439 | US-SC-000509 | Wenger - Deleted Text Messages (Cellebrite) | 4/29/25 (A) |
| 065 | US-SC-000435 | US-SC-000438 | Wenger - Deleted Contacts (Cellebrite) | 4/29/25 (A) |

| Exhibit | Beginning Bates | Ending Bates | Description | Date (A)=Admitted // (S)=Stipulated |
|---|---|---|---|---|
| 066 | US-SC-000432 | US-SC-000434 | Wenger - Deleted Calls (Cellebrite) | 4/29/25 (A) |
| 067 | US-SC-000510 | US-SC-000521 | Wenger - Texts with FBI (Cellebrite) | 4/28/25 (A) |
| 069 | US-SC-000706 | US-SC-000773 | Wenger - Signal Device Notifications (Cellebrite) | 4/29/25 (A) |
| 071 | US2-000734 | US2-000734 | DEXT Notes | 4/29/25 (A) |
| 110 | | | Summary of Exhibits 61 and 62 - Messages Exchanged Between Devon Wenger and Daniel Harris Recovered from Wenger's Device | 4/29/25 (A) |
| 111 | | | Summary of Exhibits 33, 41, 61 and 62 - Messages Exchanged Between Devon Wenger and Daniel Harris Extracted from Wenger's Device, Harris's Device, and Harris's iCloud Account | 4/29/25 (A) |
| 314 | US-SC-004952 | US-SC-004952 | tracking report on intercepted package | 4/28/25 (A) |
| 326 | US-HOLCOMBE-000008 | US-HOLCOMB-000009 | GrayKey Report | 4/29/25 (A) |