# Exhibit 110
## Summary of Exhibits 61 and 62
## Messages Exchanged Between Devon Wenger and Daniel Harris
## Recovered from Wenger's Device (Exhibit 60)

| Exh. | From | Date/Time | Text | SMS user database "sms.db" | Recovered from system database "KnowledgeC.db" |
|---|---|---|---|---|---|
| 61 | Dan Harris + ▓▓▓ | | https://www.redfin.com/TX/Weatherford/▓▓▓▓▓▓▓▓▓=control&utm_source=ios_share&utm_medium=share&utm_nooverride=1&utm_content=link&utm_campaign=share_sheet | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ▓▓▓ | 1/20/2021 5:34:43 PM(UTC-8) | I got you bro!! Is it in your personal locker? | Deleted: Yes | |
| 61 | Dan Harris + ▓▓▓ | 1/20/2021 5:35:00 PM(UTC-8) | No it's in the room where they are suppose to go. | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ▓▓▓ | 9/25/2021 11:54:31 PM(UTC-8) | Like my last fucking English class | Deleted: Yes | |
| 61 | Dan Harris + ▓▓▓ | 9/25/2021 11:54:31 PM(UTC-8) | That's hella funny tho! | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ▓▓▓ | 10/1/2021 8:36:24 PM(UTC-8) | I have a vacant 10 k pound hydro hoist for when it comes bro! | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ▓▓▓ | 10/1/2021 8:36:28 PM(UTC-8) | When are you moving? | Deleted: Yes | |
| 61 | Dan Harris + ▓▓▓ | 10/1/2021 8:36:58 PM(UTC-8) | You are the man! | Deleted: Yes | |
| 61 | Dan Harris + ▓▓▓ | 10/2/2021 10:28:20 AM(UTC-8) | It's bad. Lol | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ▓▓▓ | 10/2/2021 10:44:29 AM(UTC-8) | Ooo I can't wait | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ▓▓▓ | 10/5/2021 8:56:57 PM(UTC-8) | We're looking at the rogue iso leg press but what do you recommend? | Deleted: Yes | |
| 61 | Dan Harris + ▓▓▓ | 10/5/2021 9:01:56 PM(UTC-8) | | Deleted: Yes | |
| 61 | Dan Harris + ▓▓▓ | 10/5/2021 9:02:23 PM(UTC-8) | This is what I have. It's fucking legit. It's the replica of the precor | Deleted: Yes | |

# Exhibit 110
## Summary of Exhibits 61 and 62
### Messages Exchanged Between Devon Wenger and Daniel Harris
### Recovered from Wenger's Device (Exhibit 60)

| Exh. | From | Date/Time | Text | SMS user database "sms.db" | Recovered from system database "KnowledgeC.db" |
|---|---|---|---|---|---|
| 61 | Dan Harris + ███ | 10/5/2021 9:06:39 PM(UTC-8) | You have seen mine right?? | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:06:44 PM(UTC-8) | No bro! | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:06:49 PM(UTC-8) | I haven't seen it | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:06:54 PM(UTC-8) | Standby | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:10:19 PM(UTC-8) | Liked "Standby " | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:14:41 PM(UTC-8) | | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:15:51 PM(UTC-8) | | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:15:56 PM(UTC-8) | Even have the tv for cardio | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:21:40 PM(UTC-8) | Laughed at "Even have the tv for cardio " | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:21:43 PM(UTC-8) | Holy fuck dude | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:22:01 PM(UTC-8) | That's the most legit garage gym I have ever seen | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:22:25 PM(UTC-8) | Yeah bro! Even ordered the floors that they use in golds gym | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:22:32 PM(UTC-8) | Emphasized "Yeah bro! Even ordered the floors that they use in golds gym " | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:22:35 PM(UTC-8) | Kat just said "that's what I want" hahahah<br><br>Damn bro | Deleted: Yes | |

# Exhibit 110
## Summary of Exhibits 61 and 62
### Messages Exchanged Between Devon Wenger and Daniel Harris
### Recovered from Wenger's Device (Exhibit 60)

| Exh. | From | Date/Time | Text | SMS user database "sms.db" | Recovered from system database "KnowledgeC.db" |
|---|---|---|---|---|---|
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:22:57 PM(UTC-8) | Bro, I need your help making my garage gym like that | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:23:01 PM(UTC-8) | Hahaha. Annnnnd I built the whole gym for like 17k | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:23:07 PM(UTC-8) | Emphasized "Hahaha. Annnnnd I built the whole gym for like 17k " | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:23:09 PM(UTC-8) | Bro | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:23:14 PM(UTC-8) | That's so cheap | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:23:33 PM(UTC-8) | Where'd you get the dumbbells and weight tree plus weights!? | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:23:35 PM(UTC-8) | Yeah bro! And most is brand new. Stop by and check it out. | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 10/5/2021 9:23:46 PM(UTC-8) | That shit is so expensive<br>Bro, we will for sure | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:24:17 PM(UTC-8) | The weight tree is from Amazon. The weights are from a company in Oregon. They are the ones that sold me most of the shit. All brand new with warranty. | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/5/2021 9:27:14 PM(UTC-8) | http://wcgymequipment.com | Deleted: Yes | |
| 61 | Dan Harris + ███ | 10/9/2021 11:55:12 PM(UTC-8) | For sure mannnnn! | Deleted: Yes | |
| 61 | Dan Harris + ███ | 11/30/2021 2:26:53 PM(UTC-8) | App? | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + ███ | 11/30/2021 3:01:37 PM(UTC-8) | Si | Deleted: Yes | |

# Exhibit 110
## Summary of Exhibits 61 and 62
### Messages Exchanged Between Devon Wenger and Daniel Harris
### Recovered from Wenger's Device (Exhibit 60)

| Exh. | From | Date/Time | Text | SMS user database "sms.db" | Recovered from system database "KnowledgeC.db" |
|---|---|---|---|---|---|
| 61 | Dan Harris | 11/30/2021 3:04:17 PM(UTC-8) | Makes stats a breeze bro | Deleted: Yes | |
| 61 | Dan Harris | 11/30/2021 3:04:27 PM(UTC-8) | You are my hero | Deleted: Yes | |
| 61 | Dan Harris | 1/14/2022 11:33:03 AM(UTC-8) | https://apps.apple.com/us/app/va-health-and-benefits/id1559609596 | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) | 1/14/2022 11:33:52 AM(UTC-8) | Loved "https://apps.apple.com/us/app/va-health-and-benefits/id1559609596" | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) | 1/14/2022 11:33:58 AM(UTC-8) | Loved "https://www.benefits.va.gov/vocrehab/" | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) | 1/14/2022 11:34:02 AM(UTC-8) | Thanks bro! | Deleted: Yes | |
| 61 | Dan Harris | 1/14/2022 11:34:14 AM(UTC-8) | Of course man!! | Deleted: Yes | |
| 61 | Dan Harris | 1/14/2022 11:34:44 AM(UTC-8) | And thank you! Saving my ass! | Deleted: Yes | |
| 61 | Dan Harris | 1/31/2022 11:16:46 AM(UTC-8) | | Deleted: Yes | |
| 61 | Dan Harris | 1/31/2022 11:16:54 AM(UTC-8) | My surgery to now .... Lol | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) | 1/31/2022 11:16:57 AM(UTC-8) | Bro | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) | 1/31/2022 11:17:08 AM(UTC-8) | You look hot as fuck my dude, damn bro | Deleted: Yes | |
| 61 | Dan Harris | 1/31/2022 11:17:11 AM(UTC-8) | | Deleted: Yes | |
| 61 | Dan Harris | 1/31/2022 11:17:16 AM(UTC-8) | Stayin classic! | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) | 1/31/2022 11:17:20 AM(UTC-8) | Loved an image | Deleted: Yes | |

# Exhibit 110
## Summary of Exhibits 61 and 62
## Messages Exchanged Between Devon Wenger and Daniel Harris
## Recovered from Wenger's Device (Exhibit 60)

| Exh. | From | Date/Time | Text | SMS user database "sms.db" | Recovered from system database "KnowledgeC.db" |
|---|---|---|---|---|---|
| 61 | Devon Christopher Wenger (owner) + | 1/31/2022 11:18:04 AM(UTC-8) | I'm tired of being lean bro, I just want to be a fucking animal | Deleted: Yes | |
| 61 | Dan Harris + | 1/31/2022 11:23:52 AM(UTC-8) | Well you are an animal. | Deleted: Yes | |
| 61 | Dan Harris + | 1/31/2022 11:24:10 AM(UTC-8) | We can just make you a bigger more vascular animal. Lol | Deleted: Yes | |
| 61 | Dan Harris + | 1/31/2022 11:25:49 AM(UTC-8) | I bought a house in Texas. lol | Deleted: Yes | |
| 61 | Dan Harris + | 1/31/2022 11:26:16 AM(UTC-8) | Close at the end of the month | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + | 1/31/2022 11:26:31 AM(UTC-8) | That house is hella nice, you moving out there for sure? | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + | 1/31/2022 11:26:49 AM(UTC-8) | I'm also ready to get 100% from the VA | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + | 1/31/2022 4:39:11 PM(UTC-8) | Ight my dude sounds good! I'll see your sexy ass on Saturday Can you help me to my VA shit too for 100%? | Deleted: Yes | |
| 61 | Dan Harris + | 1/31/2022 4:47:30 PM(UTC-8) | For sure bro! | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + | 1/31/2022 5:22:45 PM(UTC-8) | Loved "For sure bro! " | Deleted: Yes | |
| 61 | Devon Christopher Wenger (owner) + | 1/31/2022 7:35:34 PM(UTC-8) | My dad might want some too, he's trying to cut fat and gain muscle | Deleted: Yes | |
| 61 | Dan Harris + | 2/7/2022 12:45:29 AM(UTC-8) | Good. Don't want it getting to some people at the PD. | Deleted: Yes | |
| 61 | Dan Harris + | 2/7/2022 12:45:39 AM(UTC-8) | Then you'll be blacklisted like me. Lol | Deleted: Yes | |
| 62 | Devon Wenger (owner) + | 2/23/2022 10:48:09 AM(UTC-8) | Dan my dude | | Yes |
| 62 | Dan Harris + | 2/23/2022 10:48:25 AM(UTC-8) | What's up bro! | | Yes |

# Exhibit 110
## Summary of Exhibits 61 and 62
## Messages Exchanged Between Devon Wenger and Daniel Harris
## Recovered from Wenger's Device (Exhibit 60)

| Exh. | From | Date/Time | Text | SMS user database "sms.db" | Recovered from system database "KnowledgeC.db" |
|---|---|---|---|---|---|
| 62 | Devon Wenger (owner) + ▓ | 2/23/2022 10:49:55 AM(UTC-8) | Waddup brah!! Sorry I missed your call! Can I stop by today to pick up some shit!? Also, are you free any day this weekend to help me fill out the vocrehab shit and 100% disability shit? | | Yes |
| 62 | Devon Wenger (owner) + ▓ | 2/23/2022 4:16:22 PM(UTC-8) | Just built this bad bitch bro! | | Yes |
| 62 | Devon Wenger (owner) + ▓ | 2/23/2022 7:16:16 PM(UTC-8) | My dude, can I stop by? | | Yes |
| 62 | Dan Harris + ▓ | 2/23/2022 7:21:04 PM(UTC-8) | I'll be home in about 30 min | | Yes |
| 62 | Devon Wenger (owner) + ▓ | 2/23/2022 8:01:45 PM(UTC-8) | Let me know when you want me over my dude! | | Yes |
| 62 | Dan Harris + ▓ | 2/23/2022 8:09:37 PM(UTC-8) | Come on by | | Yes |
| 62 | Devon Wenger (owner) + ▓ | 2/23/2022 8:14:17 PM(UTC-8) | On my way bae | | Yes |
| 62 | Dan Harris + ▓ | 2/23/2022 8:19:26 PM(UTC-8) | For sure | | Yes |
| 62 | Devon Wenger (owner) + ▓ | 2/23/2022 8:41:53 PM(UTC-8) | Here bro | | Yes |
| 62 | Devon Wenger (owner) + ▓ | 3/2/2022 12:22:55 PM(UTC-8) | Can I come by Monday or Sunday to pick up Brandon's stuff? | | Yes |
| 62 | Dan Harris + ▓ | 3/7/2022 11:22:25 AM(UTC-8) | (Empty File} | | Yes |
| 62 | Dan Harris + ▓ | 3/7/2022 11:22:51 AM(UTC-8) | (Empty File} | | Yes |
| 62 | Dan Harris + ▓ | 3/7/2022 11:26:25 AM(UTC-8) | (Empty File} | | Yes |
| 62 | Devon Wenger (owner) + ▓ | 3/9/2022 1:30:00 PM(UTC-8) | Calling to see if I can pick up Mahoney's stuff | | Yes |
| 62 | Dan Harris + ▓ | 3/9/2022 2:12:53 PM(UTC-8) | (Empty File) | | Yes |
| 62 | Dan Harris + ▓ | 3/9/2022 2:12:56 PM(UTC-8) | It's late my dude!! | | Yes |
| 62 | Devon Wenger (owner) + ▓ | 3/9/2022 2:23:00 PM(UTC-8) | Fuck! No worries. I'll give him my new one and take one of his, does that work? | | Yes |

## Exhibit 110
## Summary of Exhibits 61 and 62
## Messages Exchanged Between Devon Wenger and Daniel Harris
## Recovered from Wenger's Device (Exhibit 60)

| Exh. | From | Date/Time | Text | SMS user database "sms.db" | Recovered from system database "KnowledgeC.db" |
|---|---|---|---|---|---|
| 62 | Dan Harris + ▓▓▓▓ | 3/10/2022 9:20:49 AM(UTC-8) | I think I have a bottle or 2 of sus. I can let you know! But just waiting in this damn order | | Yes |