# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**DATE**: May 6, 2025        **TIME IN COURT**: 39 Minutes

**JUDGE**: JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall    **COURT REPORTER**: Kendra Steppler appeared
Via Zoom.

**CASE NO.**: 23-cr-00268-JSW-2
23-cr-00269-JSW-3

**TITLE**: United States of America    v.    Devon Christopher Wenger
**[x] Present [ ] Not Present   [ ] In-Custody**

**U.S. ATTORNEY**:                    **DEFENSE COUNSEL**:
Ajay Krishnamurthy                  Michael Schwartz (23-269)
Eric Cheng                                Dena Young (23-268)
Alexandra Shepard
Aletha Sargent

**Pretrial Service Officer:**
Amaryllis Austin

### <u>PROCEEDINGS</u>

**REASON FOR HEARING**: Status Conference and Motion Hearing– Held.

**(23-269)** Pretrial Conference is continued from June 23, 2025, to June 30, 2025, at 2:00 p.m.
Jury Trial is continued from July 8, 2025, to August 4, 2025, at 8:00 a.m.
Jury Selection is tentatively scheduled for July 30, 2025, at 8:00 a.m., but if the Court is
unavailable on that day, the Court will conduct jury selection on August 4, 2025, at 8:00 a.m.
All Pretrial filing will be modified to conform with the new trial schedule.

The trial is expected to last six court days. The trial schedule is from 8:00AM-1:30PM on
Monday, Wednesday, Thursday and 8:00AM-12:15PM, on Tuesday.

The Court schedules the following briefing schedule for pretrial motions. The Pretrial Motion are
to be filed no later than May 30, 2025. The Opposition are to be filed no later than June 13, 2025.
The Reply is due on June 13, 2025. The Pretrial Motions will be heard on June 24, 2025, at 9:00
a.m.

**(23-268)** Motion for Release from Custody pending sentencing – Granted. Defendant to remain out of custody on home confinement and electronic monitoring.

Mrs. Gomez the defendant's mother, was advised of the changes. She confirmed in open court on the record that she understood conditions of the home detention.

The bond issued on 8/29/2023 modified by the Court, as stated on the record. Amended Bond to be issued.


TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161
- stipulation/proposed order to be submitted