1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,

Plaintiff,

8

9    v.

10    DEVON CHRISTOPHER WENGER,

Defendant.

11

Case No.  23-cr-00268-JSW-2

**ORDER ADVANCING MOTION
HEARING TO JUNE 30, 2025 AT 2:00
P.M.**

Re: Dkt. No. 217

12

13    The Court HEREBY ADVANCES the motion hearing on Defendant Devon Wenger's

14    motion for judgment of acquittal or, in the alternative, new trial, (Dkt. No. 217), to Monday, June

15    30, 2025, at 2:00 p.m. to follow the pretrial conference in the related case, 23-cr-269-JSW-3.

16    If counsel is unavailable on June 30, 2025 at 2:00 p.m., they may request a continuance by

17    Friday, June 27, 2025, at **12:00 p.m**.

18    **IT IS SO ORDERED.**

19    Dated: June 25, 2025

20    _____
JEFFREY S. WHITE
21    United States District Judge

22

23

24

25

26

27

28