UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00268-JSW-2<br><br>**ORDER GRANTING MOTIONS TO SEAL AND ORDER SETTING BRIEFING SCHEDULE AND HEARING RE NOTICE OF PROTECTIVE ORDER VIOLATIONS**<br><br>Re: Dkt. Nos. 239-240 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | Case No. 23-cr-00269-JSW-3<br><br>Re: Dkt. Nos. 620-621 |

These matters come before the Court upon consideration of the Government's notices raising allegations that the Protective Orders in these cases have been violated, and its motions to seal the exhibits to those notices. The Court finds good cause to GRANT the motions to seal the exhibits. However, the Government shall re-file the administrative motions and the declarations in support of the motions to seal in the public record. Those documents do not contain sealable information.

The Court FURTHER ORDERS Defendant to file a response to the Government's notice by no later than November 7, 2025. At this time, the Court will not require Defendant or his counsel to address the specific questions raised on page 2 of the Government's notice. If

1  Defendant chooses to respond to those questions, and if he believes any responses should be
2  sealed, he may file a motion to seal.  Finally, Defendant's current counsel in these cases shall
3  consult with all previous counsel when preparing the responses to this Order.  The Government
4  may reply by November 14, 2025.
5       It is FURTHER ORDERED that the parties shall appear in each of these cases on
6  November 25, 2025, at 1:00 p.m. to address the issues raised by the Government's notice.
7       **IT IS SO ORDERED**.
8  Dated: October 23, 2025

_____
JEFFREY S. WHITE
United States District Judge