DENA MARIE YOUNG
State Bar No. 215344
LAW OFFICES OF DENA MARIE YOUNG
2751 4th Street PMB #136
Santa Rosa, CA 95405
Telephone (707) 528-9479
Email: dmyounglaw@gmail.com

Attorneys for Defendant
DEVON CHRISTOPHER WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>Defendant. | No. 4:23-cr-00268-JSW<br><br>**Notice of Joinder in Motion to Continue Sentencing filed in Case 23-cr-00269 JSW (ECF 628)** |

Counsel for Defendant DEVON CHRISTOPHER WENGER in case 4:23-cr-00268 JSW hereby files this Notice of Joinder in the motion for continuance of the consolidated sentencing proceeding filed in Case 4:23-cr-00269 JSW on November 6, 2025. (ECF 628).

Undersigned counsel, having met and conferred with Mr. Wenger's counsel in that matter concurs that the factual and legal issues presented by this sentencing require more than ordinary objections to the draft presentence report. All defense counsels are working together and making best efforts to comply with the current schedule. However, undersigned counsel believes that it would be in Mr. Wenger's best interest if all factual and legal issues can be presented as clearly as possible to this Court at the time of sentencing and that additional time is required to do this properly.

Dated: November 6, 2025                    Respectfully Submitted,

                                           /s/ *Dena Marie Young*
                                           DENA MARIE YOUNG

                                           Attorney for Defendant
                                           DEVON CHRISTOPHER WENGER