DENA MARIE YOUNG
State Bar No. 215344
LAW OFFICES OF DENA MARIE YOUNG
2751 4th Street PMB #136
Santa Rosa, CA 95405
Telephone (707) 528-9479
Email: dmyounglaw@gmail.com

Attorneys for Defendant
DEVON CHRISTOPHER WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. 4:23-cr-00268-JSW |
|---|---|
| Plaintiff, | |
| v. | RESPONSE TO ORDER (ECF 265) – RE: RESTITUTION |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

Defendant DEVON WENGER, by and through his attorney of record, Dena Marie Young, hereby submits the following response to this Court's Order (ECF 265):

Cases ending -268 and -269 were consolidated for sentencing, and a restitution hearing set for January 27, 2026.

There are no outstanding requests for restitution in case ending -268. Undersigned counsel takes no position with respect to those matters to be determined at the restitution hearing in case -269.

Dated: January 16, 2026            Respectfully Submitted,

                                    __/s/ *Dena Marie Young*__
                                    DENA MARIE YOUNG

                                    Attorney for Defendant
                                    DEVON CHRISTOPHER WENGER

1
RESPONSE TO ORDER RE: CONSOLIDATED SENTENCING (ECF 265)