ETHAN A. BALOGH, No. 172224
BALOGH & CO., APC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@balcolaw.com

Attorneys for Defendant/Appellant
DEVON WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff/ Appellee,<br><br>  v.<br><br>DEVON WENGER,<br><br>                Defendant/ Appellant. | Case Nos. 23 Cr. 268 & 269 JSW<br>USCA Nos. 25-7701 & 7704<br><br>[PROPOSED] ORDER GRANTING STIPULATION AUTHORIZING APPELLATE COUNSEL TO ACQUIRE SEALED FILINGS<br><br>Before the Hon. Jeffrey S. White<br>Senior United States District Judge |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the following documents, which are currently under seal, be unsealed for the limited purpose of providing them to counsel of record in the appellate case—*viz.*, for Appellant, Ethan A. Balogh, and for Appellee, Merry Jean Chan, Eric Cheng, and Alethea Sargent— including unlocked on PACER so that the documents may be acquired by the entry of counsel's ECF number, or provided to counsel by the Clerk of the Court:

- In Case No. 268, ECF Nos. 115, 117, 119, 120, 187, 188, 191, 192, 215, 242 & 256; and

- In Case No. 269, ECF Nos. 111, 114, 115, 122, 124, 127, 133, 155, 179, 179, 192, 249, 363 599, 624, 627, 629, 632 & 667.

It is FURTHER ORDERED that the foregoing materials should be unsealed only for the limited purpose of providing them to appellate counsel and solely for counsel's use in preparing the above-captioned direct appeals, that these materials remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals must be made under seal or in accordance with the notice provision in Ninth Circuit Rule 27-13(f).

**IT IS SO ORDERED.**

DATED:  March 30 2026

_____
THE HONORABLE JEFFREY S. WHITE
SENIOR UNITED STATES DISTRICT JUDGE

1