UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEVON CHRISTOPHER WENGER,

Defendant.

Case Nos. 23-cr-00269-JSW-3
23-cr-00268-JSW-2

**ORDER TAKING NO ACTION ON NOTICE OF PROTECTIVE ORDER VIOLATIONS AND FILING COUNSEL DECLARATIONS *EX PARTE* AND UNDER SEAL**

Re: Dkt. No. 620 (23-cr-269-3)

Dkt. No. 239 (23-cr-268-2)

On October 22, 2025, the United States filed notices raising allegations that the Protective Orders in these cases had been violated. The Court Ordered current and prior counsel to file declarations addressing the notices. Two of Defendant's former counsel, Candice L. Fields and Nicole Lopes Castronovo, submitted declarations to the Court but did not formally file them. Counsel also moved to file those declarations *ex parte* and under seal. The Court GRANTS those motions.

The Court has carefully considered all materials submitted by the parties. There is insufficient evidence to conclude that Defendant or his counsel violated the terms of the Protective Order. Therefore, the Court takes no action on the notices.

**IT IS SO ORDERED**.

Dated: May 26, 2026

_____
JEFFREY S. WHITE
United States District Judge